**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2141**

BINITA S. BASNET; TOFIN BASNET,

          Debtors - Appellants,

     v.

U. S. BANK TRUST NATIONAL ASSOCIATION, as Trustee of the Chalet Series
IV Trust,

          Trustee - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Claude M. Hilton, Senior District Judge.  (1:20-cv-01466-CMH-IDD)

Submitted:  March 24, 2022                    Decided:  March 28, 2022

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Binita S. Basnet, Tofin Basnet, Appellants Pro Se.  Keith Michael Yacko, MCMICHAEL
TAYLOR GRAY, LLC, Peachtree Corners, Georgia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Binita S. Basnet and Tofin Basnet appeal from the district court's order dismissing their appeal from the bankruptcy court's order granting relief from the automatic stay based on their failure to designate the record as required by Bankr. R. 8006. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Basnet v. U.S. Bank Trust Nat'l Ass'n*, No. 1:20-cv-01466-CMH-IDD (E.D. Va. Sept. 21, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*